```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 10076
   ROBERT EDDINS JR
   LISA EDDINS                                CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7630     SSN XXX-XX-2401


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/23/2008 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC          .00           .00           .00
AMERICREDIT FINANCIAL SV  UNSECURED          9387.75           .00           .00
CHASE AUTO FINANCE        SECURED VEHIC    14790.39           .00        200.00
CHASE AUTO FINANCE        UNSECURED        NOT FILED           .00           .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00           .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE          .00           .00           .00
WELLS FARGO BANK NA       CURRENT MORTG          .00           .00           .00
WELLS FARGO BANK NA       MORTGAGE ARRE          .00           .00           .00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG          .00           .00           .00
WELLS FARGO BANK          SECURED NOT I     7239.12           .00           .00
ALARM ONE                 UNSECURED        NOT FILED           .00           .00
CAPITAL ONE               UNSECURED          274.44           .00           .00
CENTRAL CREDIT UNION OF   UNSECURED        NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         2149.82           .00           .00
PREMIER BANKCARD          UNSECURED          310.88           .00           .00
PREMIER BANKCARD          UNSECURED          255.93           .00           .00
MOHAWK                    UNSECURED         2985.92           .00           .00
HARRIS                    UNSECURED        NOT FILED           .00           .00
HSBC                      UNSECURED        NOT FILED           .00           .00
MTI                       UNSECURED        NOT FILED           .00           .00
IL COLLECTION SERVICES    UNSECURED        NOT FILED           .00           .00
INOVATIVE BK              UNSECURED         4522.27           .00           .00
GE MONEY/JC PENNY         UNSECURED          602.31           .00           .00
AT&T                      UNSECURED        NOT FILED           .00           .00
NICOR GAS                 UNSECURED        NOT FILED           .00           .00
TCF BANK                  UNSECURED        NOT FILED           .00           .00
CHICAGO HEIGHTS POLICE    UNSECURED        NOT FILED           .00           .00
CHICAGO HEIGHTS POLICE    UNSECURED        NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00           .00
CENTRAL CREDIT UNION OF   SECURED NOT I      155.78           .00           .00
WELLS FARGO BANK          NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE               UNSECURED          722.96           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,484.00                      1,386.99
TOM VAUGHN                TRUSTEE                                          138.01
DEBTOR REFUND             REFUND                                              .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 10076 ROBERT EDDINS JR & LISA EDDINS
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  1,725.00

PRIORITY                                            .00
SECURED                                          200.00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,386.99
TRUSTEE COMPENSATION                             138.01
DEBTOR REFUND                                       .00
                       ---------------    ---------------
TOTALS                   1,725.00              1,725.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 11/19/08                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE